UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE LOPEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF LA HABRA HEIGHTS, ET AL.,<br><br>   Defendant. | Case No. 8:21-cv-1193-JGB (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. Accordingly, the Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED**:

(1) the Report and Recommendation is accepted;

(2) the Motion to Dismiss is **DENIED** with respect to Claim Four;

(3) the Motion to Dismiss is **GRANTED** with respect to Claims One, Two, and Six, **WITH LEAVE TO AMEND**;

(4) the Motion to Dismiss is **GRANTED** with respect to Claims Three, Five, Seven, Eight, and Nine, **WITHOUT LEAVE TO AMEND**;

(5) Defendants Grace, Hornsby, Fazekas, Hildenbrand, Laherty, Best Best & Krieger, Stefani, and Does 1 through 50 are **TERMINATED**;

(6) the Motion to Set Aside Defaults is **GRANTED**;

(7) service is **QUASHED** with respect to Defendants Moore, Maurer, Fazekas, Laherty, Hornsby, Hildenbrand, Sanchez, Grace, and BBK;

(8) the default entered against Defendants Grace, Hornsby, Fazekas, Moore, Hildenbrand, Laherty, Maurer, Sanchez, and Best Best & Krieger is **SET ASIDE**; and

(9) Plaintiff's Request for Cross-Examination is **DENIED**.

Plaintiff's First Amended Complaint should be filed **within thirty (30) days** of this Order.  If Plaintiff chooses to file a First Amended Complaint, she must clearly designate on the face of the document that it is the "First Amended Complaint," it must bear the docket number assigned to this case, and it must be retyped or rewritten in its entirety, preferably on the court-approved form.  Plaintiff shall not include new defendants or allegations that are not reasonably related to the remaining claims—specifically, Claims One, Two, Four, and Six against Defendants City of La Habra Heights, Huerta, Wooldridge, Moore, Maurer, and Sanchez.  **In addition, the First Amended Complaint must be complete without reference to the Complaint, or any other pleading, attachment, or document.**

Dated:  December 22, 2021

_____
HONORABLE JESUS G. BERNAL
United States District Judge

2