UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE LOPEZ,<br><br>               Plaintiff,<br><br>      v.<br><br>CITY OF LA HABRA HEIGHTS, ET AL.,<br><br>               Defendant(s). | Case No. 8:21-cv-1193-JGB (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the FAC, the Motion to Dismiss, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that:

(1) the Report and Recommendation is **ACCEPTED**;

(2) the Motion to Dismiss is **DENIED** with respect to Claims One and Two;

(3) the Motion to Dismiss is **GRANTED** with respect to Claims Three and Four **WITHOUT LEAVE TO AMEND**;

(4) the City is **TERMINATED** as a Defendant;

(5) the Motion to Strike is **DENIED**;

(6) Plaintiff's request to restore Scott Fazekas as a Defendant is **GRANTED**; and

(7) Plaintiff's request to add Timothy Peel as a Defendant is **DENIED**.

Dated: August 15, 2022

HONORABLE JESUS G. BERNAL
United States District Judge