UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| LOUIE LOPEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF LA HABRA HEIGHTS, a public entity; CITY MANAGER, FABIOLA HUERTA, individually; ASSISTANT CITY MANAGER RAFFERTY WOOLDRIDGE, individually; CITY BUILDING INSPECTOR MICHAEL MOORE, individually; CITY ATTORNEY MICHAEL MAURER, individually; CITY ATTORNEY BRANDON SANCHEZ, individually; and DOES 1-50, Inclusive,<br><br>　　　　Defendants. | Case No. 8:21-cv-01193-JGB-MAR<br><br>**ORDER GRANTING SECOND JOINT STIPULATION OF THE PARTIES TO CONTINUE THE PRETRIAL CONFERENCE AND TRIAL DATE**<br><br>Date Filed:　July 12, 2021<br>Trial Date:　February 4, 2025<br><br>Current Pretrial Conference Date: 1/13/25<br>Current Trial Date: 2/4/25<br>New Pretrial Conference Date: 4/14/25<br>New Trial Date: 5/6/25 |

- 1 -　　　　　　　8:21-cv-01193-JGB-MAR

**ORDER GRANTING SECOND JOINT STIPULATION OF THE PARTIES TO CONTINUE THE PRETRIAL CONFERENCE AND TRIAL DATE**

Kutak Rock LLP
Attorneys At Law
Irvine

4895-4947-1485.1
11317-325

The Court, after having read and considered the parties' Second Stipulation to Continue the Pre-Trial Conference and Trial, and good cause appearing, hereby rules as follows:

    a. The Pre-Trial Conference is continued from January 13, 2025 to April 14, 2025, at 11:00 a.m., in Courtroom 1.; and

    b. The Trial is continued from February 4, 2025 to May 6, 2025 at 9:00 a.m., in Courtroom 1.

IT IS SO ORDERED.

Dated: December 12, 2024    By: _____
                                          Honorable Jesus G. Bernal
                                          United States District Judge

Kutak Rock LLP
Attorneys At Law
Irvine

- 2 -    8:21-cv-01193-JGB-MAR

**ORDER GRANTING SECOND JOINT STIPULATION OF THE PARTIES TO CONTINUE THE PRETRIAL CONFERENCE AND TRIAL DATE**

4895-4947-1485.1
11317-325