UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE LOPEZ, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LA HABRA HEIGHTS ET AL, <br><br> Defendant. | Case No. 8:21-cv-01193-JGB-MARx <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED** and Judgment be entered dismissing this action without prejudice and without leave to amend.

Dated: February 4, 2025

_____
HONORABLE JESUS G. BERNAL
United States District Judge