JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE LOPEZ, | Case No. 8:21-cv-01193-JGB-MARx |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF LA HABRA HEIGHTS ET AL, | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated:  February 4, 2025

HONORABLE JESUS G. BERNAL
United States District Judge